UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GREAT AMERICAN E&S INSURANCE COMPANY,<br><br>       Petitioner,<br><br>   v.<br><br>UMB BANK, NATIONAL ASSOCIATION,<br><br>       Respondent. | 24-CV-4681 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

  On June 20, 2024, Petitioner Great American E&S Insurance Company filed a petition to compel arbitration. Petitioner has not yet docketed an affidavit of service.

  Accordingly, it is hereby **ORDERED** that Petitioner shall docket forthwith a certificate of service proving that Petitioner properly served Respondent. It is further **ORDERED** that Respondent shall file and serve any opposition to the petition by **July 23, 2024**. Petitioner's reply, if any, shall be filed and served by **July 30, 2024**.

  In accordance with the Court's Individual Rules and Practices, requests for adjournment or extension may be made only by letter and must be received at least **48 hours** before the deadline. The written submission must state (1) the original date(s); (2) the number of previous requests for adjournment or extension; (3) whether these previous requests were granted or denied; and (4) whether the adversary consents and, if not, the reasons given by the adversary for refusing to consent.

  Finally, it is hereby **ORDERED** that **Petitioner (1) serve upon Respondent a copy of this Order and the Court's Individual Rules and Practices forthwith, and (2) file proof of such service with the Court.** If unaware of the identity of counsel for Respondent, Petitioner must forthwith send a copy of this Order and the Court's Individual Rules and Practices to Respondent itself.

  SO ORDERED.

Dated: June 25, 2024
   New York, New York

                            DALE E. HO
                            United States District Judge